<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1593**

DAVOUD ALLEN EGHBALI,

       Plaintiff - Appellant,

    v.

DEPARTMENT OF ENERGY, at the Savannah River National Lab,

       Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   J. Michelle Childs, District Judge.
(1:12-cv-03460-JMC)

Submitted:  October 15, 2015          Decided:  November 25, 2015

Before GREGORY, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Davoud Allen Eghbali, Appellant Pro Se.   Terri Hearn Bailey,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Davoud Allen Eghbali appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing his employment discrimination complaint and denying his motion under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Butler v. Drive Auto. Indus. of Am., Inc., 793 F.3d 404 (4th Cir. 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED